IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES E. WHITE,** <br> Petitioner, <br> v. <br> **CONNIE GIPSON, Warden,** <br> Respondent. | 1:14-cv-01214 LJO MJS HC <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATION AND VACATING STAY TO PETITION FOR WRIT OF HABEAS CORPUS** <br><br> **[Doc. 14]** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 4, 2014, Petitioner filed the instant petition along with a motion to stay the proceedings. (Mot. to Stay, ECF No. 2.) Petitioner requested the Court stay his petition while he attempted to exhaust his state court claims. The Court granted the stay on August 26, 2014. (ECF No. 7.) On September 8, 2015, the Court ordered Petitioner to show cause why the stay should not be vacated in light of Petitioner's exhaustion of his claims in state court.

On November 3, 2015, the Magistrate Judge issued findings and a recommendation that the stay be lifted. (ECF No. 14.) Petitioner did not file objections to the findings and recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 3, 2014, is ADOPTED IN FULL;
2. The stay of the petition is ordered vacated; and
3. The matter is referred to the Magistrate Judge who shall issue further orders in light of this decision.

IT IS SO ORDERED.

Dated:   **January 16, 2016**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE