UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. WHITE,<br><br>    Petitioner,<br><br>v.<br><br>CONNIE GIPSON,<br><br>    Respondent. | 1:14-cv-01214-LJO-MJS (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>ORDER DENYING MOTION TO LIFT STAY AS MOOT<br><br>(Docs. 23-24)<br><br>30-DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 15, 2016, Petitioner filed a motion to extend time to file a traverse.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that Petitioner is granted thirty (30) days from the date of service of this order in which to file a traverse.

    Petitioner also filed a motion to lift the stay and proceed with review of his petition. The Court vacated the stay on January 19, 2016, and on March 30, 2016, Respondent filed an answer to the petition. As the stay is no longer in place, Petitioner's motion to lift

1

the stay is DENIED as moot.

IT IS SO ORDERED.

Dated: **April 19, 2016**           /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE